## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DENNIS LEE WEAVER, | : | No. 99 MM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PERRY COUNTY, PENNSYLVANIA, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and the Motion for Appointment of Counsel are **DENIED**.